FRANK P. MACK, Appellant, *v.* ALBEE PRESS, INC., Respondent.

Argued April 28, 1942; decided May 28, 1942.

*Joseph J. Jacobs* for appellant.

*Joseph F. Murray* and *Reginald V. Spell* for respondent.

Judgment affirmed, with costs; no opinion. (See 288 N. Y. 734.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.